Benjamin P. Hursh
CROWLEY FLECK PLLP
305 South 4th Street East, Suite 100
P. O. Box 7099
Missoula, MT  59807-7099
Telephone:  (406) 523-3600
Facsimile:  (406) 523-3636
E-Mail:  bhursh@crowleyfleck.com

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: | |
| RENASCENT INC., | Bankruptcy Case No. 10-62358-11 |
| Debtor. | |
| RENASCENT INC. | Adversary Case No. 11-00045 |
| Plaintiff, | |
| v. | STIPULATION |
| COUNTRYWIDE HOME LOANS INC.; BAC HOME LOAN SERVICING LP fka COUNTRYWIDE HOME LOANS SERVICING LP; THORNBURG MORTGAGE SECURITIES TRUST 2007-3; RECONTRUST COMPANY NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; JOANNE JOHNSON, the Ravalli, Montana, County Treasurer; and any or all persons, known or unknown, claiming or who might claim any right, title, estate, or interest in or lien or encumbrance upon the real property described in the Complaint adverse to Plaintiffs' ownership or any cloud upon Plaintiffs' title, whether the claim or possible claim be present or contingent, | |
| Debtor. | |

1

Defendants Countrywide Home Loans Inc., BAC Home Loan Servicing L.P. (now known as Bank of America N.A., successor by merger to BAC Home Loans Servicing L.P. fka Countrywide Home Loans Servicing LP), Thornburg Mortgage Securities Trust 2007-3, Recontrust Company NA, and Mortgage Electronic Registration Systems ("Defendants") and Renascent Inc. hereby stipulate and agree to the following:

1. Defendants withdraw the *Motion to Dismiss Plaintiff's Complaint and Memorandum in Support with Notice of Opportunity to Respond and Request a Hearing* (Dkt. 16);

2. Plaintiff agrees to amend and file an Amended Complaint on or before November 21, 2011;

3. Defendants will respond to Plaintiff's Amended Complaint on or before December 12, 2011; and,

4. The parties agree further agree, subject to entry of an Order by the Court, that the hearing scheduled for November 10, 2011 on Defendants' Motion to Dismiss, shall be vacated.

Dated this 8th day of November, 2011

                CROWLEY FLECK, PLLP

                By   /s/ Benjamin P. Hursh
                     BENJAMIN P. HURSH
                     P. O. Box 7099
                     Missoula, MT 59807-7099

BECK & AMSDEN, PLLC

By   /s/John L. Amsden_____
     JOHN L. AMSDEN
     1946 Stadium Dr., Ste 1
     Bozeman, MT 59715